UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Michael L. Carpenter,<br><br>    Petitioner,<br><br>    v.<br><br>Vermont Department of Corrections,<br>Bennington District Court,<br><br>    Respondents. | Civil Action No. 2:21–cv–111–cr–kjd |

## ORDER

On April 13, 2021, Petitioner Michael Carpenter filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus. (Doc. 1.) Respondents Vermont Department of Corrections and Bennington District Court filed a Motion to Dismiss on July 13, 2021. (Doc. 6.) The Motion to Dismiss was served on Carpenter on April 26, 2022. (Doc. 8.) Carpenter has not filed a response to Respondents' Motion to Dismiss.

In its review of Carpenter's Petition, the Court has determined that the Petition does not contain pages 10–13. It is not clear whether Carpenter intended to include additional grounds for relief in those pages. Should Carpenter request that the Court consider additional arguments for relief after a decision on the current Petition is issued, such a filing may be dismissed as an impermissible second or successive Petition under 28 U.S.C. § 2244(b).

Therefore, to the extent that Carpenter wishes to submit pages 10–13 before the Court decides his Petition, he must do so on or before July 15, 2022. Otherwise, the Court will issue a Report and Recommendation on the Petition as filed.

Dated at Burlington, in the District of Vermont, this 28th day of June 2022.

                                                                            */s/ Kevin J. Doyle*
                                                                            Kevin J. Doyle
                                                                            United States Magistrate Judge